Lawrance A. Bohm (SBN: 208716)
Maria E. Minney (SBN: 289131)
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 916.927.5574
Facsimile:   916.927.2046

Robert L. Boucher (SBN: 244760)
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, California 95834
Telephone: 916.974.9756

Attorneys for Plaintiff,
ANDREW FERNANDES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW FERNANDES | Case No. 2:15-cv-01976-TLN-CKD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** |
| TW TELECOM HOLDINGS, INC., and DOES 1 through 50, inclusive, | |
| Defendant. | |

WHEREAS the Court has ordered Plaintiff to file a new, amended pleading after ruling on Defendant's Motion to Dismiss;

WHEREAS the Parties have, since the date of that order, attempted informal resolution of the matter prior to Plaintiff's filing the ordered amended pleading;

WHEREAS the Parties have, to date, been unable to reach resolution, but are actively pursing an informal resolution;

1

BOHM LAW GROUP
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

1    WHEREAS the Parties believe this good-faith effort to resolve may effect a positive

2  resolution;

3    The Parties enter the following stipulation:

4    Plaintiff's amended complaint, ordered to be filed no later than March 8, 2016 shall

5  now be due on March 18, 2016.

6    IT IS SO STIPULATED.

7

8  Date:  March 7, 2016                                    By:  _/s/ Robert L. Boucher_____
9                                                                LAWRANCE A. BOHM, ESQ.
                                                               MARIA E. MINNEY, ESQ.
10                                                              ROBERT L. BOUCHER, ESQ.

11                                                             Attorneys for Plaintiff,
12                                                             ANDREW FERNANDES

13

14  Date:  March 7, 2016                                   By:  _/s/ Anthony J. DeCristoforo_____
15                                                               ANTHONY J. DECRISTOFORO

16                                                            Attorneys for Defendant,
17                                                            TW TELECOM HOLDINGS LLC
                                                             (F/K/A TW TELECOM
18                                                            HOLDINGS, INC.)

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

BOHM LAW GROUP
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

2

1

**ORDER**

2        The Court having reviewed the foregoing Stipulation, and finding that good cause

3    exists for the requested extension of time for Plaintiff to file an amended complaint,

4        IT IS HEREBY ORDERED that Plaintiff's Amended Complaint is now due on March

5    18, 2016.

6        IT IS SO ORDERED.

7

8    Dated: March 7, 2016

9

10

                                  _____

11                                       Troy L. Nunley
                                    United States District Judge

12

BOHM LAW GROUP
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**
*Fernandes v. TW Telecom Holdings, Inc.*                            Lawrance A. Bohm, Esq.
Case No. 2:15-cv-01976-GEB-CKD                           Maria E. Minney, Esq.
                                                      Robert L. Boucher, Esq.